

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 MAY 15 AM10:25

| | | |
|---|---|---|
| DAVID HARABURDE | § | 3-24CV1156-L |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| PARKING REVENUE RECOVERY SERVICES, INC. | § | JURY TRIAL DEMANDED |

## COMPLAINT

1. The jurisdiction of this Court attains pursuant to the Fair Debt Collection Practice Act, 15 U.S.C. §1692 ("FDCPA") for which jurisdiction is proper in this Court. Venue lies in the Dallas Division of the Northern District of Texas as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

## PARTIES

2. Plaintiff, David Haraburde, is a natural person who resides in Dallas County, Texas and is a "consumer" as defined by 15. U.S.C. §1692a(3) of the FDCPA. Plaintiff is a resident and citizen of the State of Texas.

3. Defendant, Parking Revenue Recovery Services, Inc. is a corporation organized under the laws of the state of Colorado and may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan St, Suite 900, Dallas, Texas 75201.

## FACTUAL ALLEGATIONS

4. On or about August 30, 2023, Plaintiff received a letter from Defendant alleging he owed sums for parking in a specific parking lot in Deep Ellum, Dallas.

5. On or about September 6, 2023, Plaintiff sent a letter to Defendant requesting verification and additional information since Plaintiff did not believe he had parked in the lot as stated by the collection letter.

6. The letter was received by Defendant but Defendant made no response.

7. On or about October 15, 2023, Plaintiff received a letter from Daniel B. Kelly,

attorney, stating he was attempting to collect the alleged parking debt.

8. On or about November 8, 2023, Plaintiff sent a letter to Mr. Kelly, requesting verification and additional information.

9. On or about December 7, 2024, Mr. Kelly's office sent a letter requesting a "notice number" from the original letter. Plaintiff responded, in writing, with the "notice number."

10. Mr. Kelly did not respond to Plaintiff after receiving the "notice number."

11. Plaintiff does not owe the sums attempted to be collected by the Defendant.

## CAUSES OF ACTION

### COUNT I

12. Defendant Parking Revenue Recovery Services, Inc. is a debt collector as defined by the Fair Debt Collection Practices Act, 15 U.S.C.§1692a(6).

13. Defendant Parking Revenue Recovery Services, Inc. has violated 15 U.S.C.§1692e(2)(A) by falsely representing that Defendant owes the alleged debt..

14. Defendant has violated 15 U.S.C.§1692e by falsely representing the amount of the debt.

15. Defendant has violated 15 U.S.C. §1692g by not sending the validation notice within 5 days of the initial communication.

16. Defendant has violated 15 U.S.C.§1692g(b) by failing to cease collection of the debt until the debt is validated.

17. Defendant's actions outlined above were undertaken wilfully with the deliberate intention of inflicting injury upon Plaintiff and with knowledge of the probable results of its actions. In the alternative, Defendant's actions constituted reckless and heedless disregard of Plaintiff's rights, welfare, and personal well being and resulted from the conscious indifference of Defendant to Plaintiff's rights, welfare and safety.

## COUNT II

17. Plaintiff realleges and incorporates paragraphs 1 through 16 above.

18. Parking Revenue Recovery Services, Inc. is a debt collector pursuant to Tex. Fin. Code §392.001(6).

19. Pursuant to Tex. Fin.Code §392.404, Defendant's violations of the Texas Debt Collection Practices Act also constitute a deceptive trade practice, Subchapter E, Chapter 17, Business and Commerce Code ("DTPA"), and are actionable under that chapter. Their retention of a debt collector to collect a nonexistent debt constitutes violations of the Texas Finance Code as set forth herein.

20. Defendant has violated §392.202(b) by failing to respond to Plaintiff's letter requesting verification.

21. Defendant has violated §392.304(a)(8) by misrepresenting the character, extent or amount of a consumer debt.

22. Defendant has violated §302.304(a)(19) by falsely causing a non-existent debt to be reported on Plaintiff's credit report.

23. Defendant has violated §392.304(a)(5) by failing to make required disclosures;

24. The foregoing acts and omissions were undertaken on behalf of the Defendant by its respective officers, agents, or employees acting at all times relevant hereto within the scope of that relationship.

25. The foregoing acts and omissions of Defendant were undertaken wilfully, intentionally, knowingly, and/or in gross disregard of the rights of the Plaintiff.

26. The foregoing acts and omissions of the Defendant was undertaken indiscriminately and persistently, as part of its regular and routine collection efforts, and without regard to or consideration of the identity of rights of the Plaintiff.

27. By reason of the allegations in this petition, the Texas Debt Collection Practices Act

and Fair Debt Collection Practices Act, Plaintiff is entitled to recover attorney's fees in a sum that is reasonable in relation to the amount of work expended for which Plaintiff sues herein. The attorney whose name is subscribed to this pleading has been employed to assist Plaintiff in the prosecution of this action.

28. Each Defendant's actions outlined above were undertaken wilfully with the deliberate intention of inflicting injury upon Plaintiff and with knowledge of the probable results of its actions. In the alternative, Each Defendant's actions constituted reckless and heedless disregard of Plaintiff's rights, welfare, and personal well being and resulted from the conscious indifference of Each Defendant to Plaintiff's rights, welfare and safety.

WHEREFORE, Plaintiff demands judgment for compensatory and punitive damages against each Defendant; for his attorney fees and costs; for pre-judgment and post-judgment interest at the legal rate, and such other relief the Court does deem just, equitable and proper.

**TRIAL BY JURY IS DEMANDED.**

                                            Respectfully submitted,

                                            /s/ Sharon K. Campbell
                                            Sharon K. Campbell
                                            State Bar # 03717600
                                            3500 Oak Lawn Ave., Suite 110
                                            Dallas, Texas 75219
                                            Telephone: 214/351-3260
                                            Fax: 214/443-6055
                                            Sharon@SharonKCampbell.com

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED MAY 15 2024 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

KMB

## I. (a) PLAINTIFFS
David Haraburde

**DEFENDANTS**
Parking Revenue Recovery Services, Inc.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Sharon Campbell
3500 Oak Lawn Ave, Suite 110
Dallas, Texas 75219; 214-351-3260

Attorneys *(If Known)*

**3-24CV1156-L**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | |
| | | | [ ] 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [x] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1692 et seq Fair Debt Collection Practices Act

Brief description of cause:
Defendant sought to collect debt that is not due; did not follow required procedures

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 5-14-24

SIGNATURE OF ATTORNEY OF RECORD: *Sharon Campbell*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____